# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO TORRES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMPOSITES ONE LLC, et al.<br><br>　　　　Defendants. | No.: 2:21-cv-01270-JAK-PLA<br><br>**ORDER RE VOLUNTARY JOINT STIPULATION OF DISMISSAL WITH PREJUDICE (DKT. 41)**<br><br>JS-6 |

Based on a review of the Voluntary Joint Stipulation of Dismissal with Prejudice (the "Stipulation" (Dkt. 41)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The action is hereby dismissed with prejudice. Each party must bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

January 4, 2023
Dated

John A. Kronstadt
United States District Court Judge